IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chris Sutton, Jr., et al.,

  Plaintiff(s),

vs.

Ohio Department of Corrections & Rehabilitation, et al.,

  Defendant(s).

Case Number: 1:17cv459

Judge Susan J. Dlott

ORDER

This action was filed July 6, 2017. As of the date of this Order, Plaintiff has filed neither a waiver of service by Defendants nor proof of service on Defendants. In fact, no process has yet issued on this case.

Fed. R. Civ. P. 4(m) requires the Court to dismiss an action in which service is not made within 90 days of filing the Complaint. Accordingly, this matter is hereby DISMISSED for failure to obtain service as required by Rule 4 of the Federal Rule of Civil Procedure.

IT IS SO ORDERED.

                s/Susan J. Dlott
                Susan J. Dlott
                United States District Court